NEELEMAN LAW GROUP
1904 Wetmore Ave., Suite 200
Everett, WA 98201
Telephone: (425) 212-4800
Facsimile: (425) 212-4802

The Honorable Karen Overstreet
Location: Seattle

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>NAXOS, LLC,<br><br>       Debtor(s). | Lead Case No.: 14-15859<br><br>Administratively Consolidated with<br>Consolidated Case No. 14-15861<br><br>Summary of Ballots |

COMES NOW the Debtor, Naxos, LLC, pursuant to Local Bankruptcy Rule 3018-1 and hereby submits the following Summary of Ballots regarding the Debtors' Amended Plan of Reorganization.

**SUMMARY OF BALLOTS**

Debtor's Counsel received acceptance votes on the Amended Plan from Class 4 Creditors.

Class Two:    a)    Two Ballots received
                          1)    West Coast Pita and Foods, Inc.
                                $3500.00
                                Accepts

                          2)    Roto Rooter Services
                                $219.00
                                Accepts

            b)    Total Claims:

                          1)    Two ballots received; total value = $3719.00
                          2)    Voting percentage of claims:
                                -      Total Votes to Accept = $3719.00 (100%)

Summary of Ballots

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman**
**Law**
**Group**

Case 14-15859-KAO   Doc 76   Filed 04/14/15   Ent. 04/14/15 23:30:46   Pg. 1 of 2

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

-     Total Votes to Reject = $0.00 (0%)
3)     Voting number: 2
-     Voting to Accept = 2 (100%)
-     Voting to Reject = 0 (100%)

No votes were received rejecting the plan. Therefore one impaired class has voted to accept the plan and no classes have voted to reject it.

Dated this 16th day of March, 2015

NEELEMAN LAW GROUP


/s/ Jennifer L. Neeleman
Attorney for Debtor

Summary of Ballots

1904 Wetmore Ave., Suite 200
Everett, WA 98201
P 425.212.4800 || F 425.212.4802

**Neeleman
Law
Group**